# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Justin Jerome Fischer,                                    Case No.: 19-60013
                                                         Chapter 7


            Debtor.

## APPLICATION TO EMPLOY ATTORNEY

To:   All parties in interest as listed in Local Rule 9013-3(a)(2)

1.      Applicant is the trustee in this case.

2.      Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in bringing a turnover action, preference and avoidance actions and with legal matters as needed.

3.      Ahlgren Law Office is qualified by reason of practice and experience to render such representation or assistance.

4.      Proposed compensation and reimbursement of expenses is as follows: $300 per hour plus all out-of-pocket expenses.

5.      Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None except that Erik A. Ahlgren is the Trustee in this case.

6.      The trustee has made the following efforts to recover the asset prior to submitting this Application:  Conducted the meeting of creditors and communicated with the debtor's attorney.

WHEREFORE, applicant prays that the Court approve such employment by the trustee.

Dated: June 24, 2019                          /e/ Erik A. Ahlgren____
                                              Erik Ahlgren, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Justin Jerome Fischer,                                    Case No.: 19-60013
                                                         Chapter 7

                    Debtor.


### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Erik A. Ahlgren of Ahlgren Law Office, PLLC, the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2.    I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State trustee, or any person employed in the offices of the United States Trustee, except for the following:  I am the trustee in the above referenced bankruptcy case.

Dated: June 24, 2019                     _/e/ Erik A. Ahlgren_____
                                         Erik A. Ahlgren
                                         Ahlgren Law Office, PLLC
                                         220 W Washington Ave Ste 105
                                         Fergus Falls MN  56537
                                         218-998-2775
                                         Atty Reg No. 191814

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Justin Jerome Fischer,                                          Case No.: 19-60013
                                                               Chapter 7
                    Debtor.

**ORDER**

       The trustee's application to approve the employment of Ahlgren Law Office, as the trustee's attorneys came before the court.  Based on the application, the recommendation of the United States Trustee, and 11 United States Code §327,

       **IT IS ORDERED:** The employment is approved.

DATED:                                          _____
                                                Chief United States Bankruptcy Judge