# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Justin Jerome Fischer,　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　Case No. 19-60013
　　　　　Debtor.

## ORDER

Upon the Motion to Compel Turnover of Estate Property filed by the Trustee and upon all the files and records of the proceedings herein,

IT IS ORDERED:

1. Debtor is required to turnover:
   a. The title to the 1999 Suburban transferred by the Debtor to his parents;
   b. Any documentation evidencing the transfer;
   c. Documentation of any money paid by the Debtor to his parents between January 1, 2016 to January 9, 2019; if such payments are alleged to have been in cash, provide (a) bank statements showing the withdrawal of the funds, and (b) an account of such funds to the best of your ability and knowledge.

2. The above referenced information is to be turned over within 7 days of the date hereof.

Dated: April 1, 2020

　　　　　　　　　　　　　　　　　　*/e/ Michael E. Ridgway*
　　　　　　　　　　　　　　　　　　Michael E. Ridgway
　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/01/2020*
Lori Vosejpka, Clerk, by AMM